United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL ALLEN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-3701 |
| | § | |
| FIRST PREMIER BANK | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the Memorandum and Recommendation (Doc. No. 20) of Magistrate Judge Bray recommending this case be dismissed with prejudice for failure to prosecute. Neither party filed objections and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that this case should be dismissed. Accordingly, it is hereby

ORDERED That the Memorandum and Recommendation (Doc. No.20) is ADOPTED. This case is DISMISSED with prejudice for failure to prosecute.

SIGNED this 23rd day of June 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE